# MISCELLANEOUS SUPREME COURT DISPOSITIONS

## CERTIFIED QUESTIONS, CERTIFIED APPEALS, MANDAMUS PROCEEDINGS, AND OTHER MATTERS

### March 28, 2013

Crimson Trace Corporation v. Davis Wright Tremaine, LLP (S061086). Alternative writ of mandamus issued.